IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHNATHAN S. HENSLEY, on behalf of themselves and others similarly situated, <br> Plaintiff, <br> v. <br> CITY OF CHARLOTTE., <br> Defendants. | Action No. 1:20-cv-482 |

### DECLARATION OF MATTHEW BRIGGS

I, Matthew Briggs, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 21 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am a citizen and resident of Mecklenburg County, North Carolina. I live in Uptown Charlotte.

3. On October 5, 2020, I entered Charlotte Mecklenburg Police Department Headquarters ("CMPD") at 601 E. Trade Street in Uptown Charlotte.

4. I was shown to a room where several folks were sitting around a table taking pictures of, and reviewing, a stack of what appeared to be Accident Reports.

5. During my October 5, 2020 visit, no one asked me what my purpose was in desiring to review the reports.

6. I am familiar with what a North Carolina motor vehicle accident report (DMV-349) looks like generally having recently reviewed one which did not include anyone's information..

7. I did not review any particular report just observed that there was a stack of DMV-349's that were being reviewed.

8. I departed CMPD without obtaining or reviewing any specific accident reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~October~~ _3_, 2020.        _____
          NOVEMBER                                       Matthew Briggs