IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

MAY 11 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 3:20-CV-00482-KDB-DSC

JOHNATHAN S. HENSLEY

    Plaintiff(s),

vs.

CITY OF CHARLOTTE

    Defendant(s).

**CERTIFICATION OF MEDIATION SESSION**

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process unless otherwise ordered.

The undersigned mediator reports the following result of a Mediated Settlement Conference held on April 15, 2021.

The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

- [✓] All individual parties and their counsel.
- [ ] Designated corporate representatives.
- [ ] Required claims professionals.
- [ ] Other (describe):

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

The outcome of the Mediation session was:

[✓] The parties have reached an impasse.

[ ] The case has completely settled. Counsel will promptly notify the Court of settlement by:

    [ ] The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

    [ ] The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

[ ] The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediation Settlement Conference.

Patricia L. Holland
Name of Mediator or Plaintiff's Counsel

*Patricia L. Holland*
Signature of Mediator or Plaintiff's Counsel

May 5, 2021
Date

CERTIFICATE OF SERVICE

I hereby certify that I have this date served counsel for all parties with the Report of Mediation by sending a copy thereof to the following via email or conventional mail as noted:

This the 5th day of May, 2021.

    s/Patricia L. Holland
    Mediator/Plaintiff's Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00482-KDB-DSC

JOHNATHAN S. HENSLEY, )
)
                Plaintiff )
vs. )
) **CERTIFICATE OF SERVICE**
CITY OF CHARLOTTE )
)
                Defendants )
)
)

This is to certify that the undersigned has this day served the foregoing CERTIFICATION OF MEDIATION SESSION in the above-entitled action on all of the parties to this cause by:

    \_\_\_\_\_    Hand delivering a copy hereof to the attorney for each said party addressed as follows:

    __X__    Depositing a copy hereof, postage prepaid, in the United States Mail, Addressed to the attorney for each said party as follows:

    \_\_\_\_\_    Depositing a copy hereof with a nationally recognized overnight courier service, for the overnight delivery, addressed to the attorney for each said party as follows:

    \_\_\_\_\_    Telecopying a copy hereof to the attorney for each said party as follows:

J. David Stradley, Esq.
Robert P. Holmes, IV, Esq.
White & Stradley, PLLC
3105 Charles B. Root Wynd
Raleigh, NC 27612

John F. Bloss, Esq.
Frederick L. Berry, Esq.
Higgins Benjamin, PLLC
301 North Elm Street, Suite 800
Greensboro, NC 27401

Andrew H. Brown, Esq.
James R. Faucher, Esq.
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm Street, Suite 200
Greensboro, NC 27401

Patrick H. Flanagan, Esq.
Cranfill Sumner & Hartzog LLP
P.O. Box 30787
Charlotte, NC 28230

This the 5th day of May, 2021.

By: *Patricia L. Holland*

PATRICIA L. HOLLAND, ESQ.
N. C. Bar No. 8816
*Mediator*
1552 Iredell Drive
Raleigh, North Carolina 27608
Telephone: (984) 232-8014
Facsimile: (984) 232-8024
E-mail: patricia.hollandmediations@gmail.com