# Patricia L. Holland, Esq.
Attorney at Law
NCDRC Certified Mediator – Superior Court

May 5, 2021

Honorable Frank G. Johns
Clerk of Court
USDC - WDNC
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street, Room 210
Charlotte, NC 28202

Re: ***Johnathan S. Hensley v. City of Charlotte***
Civil Action No.: **3:20-cv-00482-KDB-DSC (WDNC)**

Dear Mr. Johns:

Enclosed please find the original and one copy of the "Report of Mediator" with reference to the above-captioned matter. I would appreciate you filing the original with the Court and returning a file-stamped copy to me in the enclosed return envelope.

Unfortunately, the parties were unable able to reach a resolution in this matter.

With best regards, I am

Very truly yours,

*Patricia L. Holland*

Patricia L. Holland

PLH/tlm
Enclosures
cc: J. David Stradley, Esq.
     Robert P. Holmes, Esq.
     John F. Bloss, Esq.
     Frederick L. Berry, Esq.
     Andrew H. Brown, Esq.
     James R. Faucher, Esq.
     Patrick H. Flanagan, Esq.