IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHNATHAN S. HENSLEY, *Plaintiff* <br><br> v. <br><br> CITY OF CHARLOTTE, a North Carolina municipal corporation, *Defendant* | Case No. 3:20-cv-482-KDB-DSC |

**CONSENT ORDER ALLOWING
INFORMATION TO BE OBTAINED,
DISCLOSED OR USED FOR
LITIGATION PURPOSES**

THIS MATTER comes before the Court for entry of a consent order allowing information potentially protected by the Drivers Privacy Protection Act, 18 U.S.C. § 2721-25 ("DPPA") to be obtained, used, or disclosed for litigation purposes. This action seeks injunctive relief and damages from alleged violations of the DPPA. Plaintiff alleges, and Defendant denies, that Defendant violated the DPPA by releasing accident reports without a permissible purpose. To litigate this action, the parties may need to obtain, use, or disclose accident reports or information from accident reports. The Court hereby finds and concludes that, to the extent, if any, that such reports or information are subject to the DPPA, the parties' obtainment, disclosure,

1

or use of those reports or information falls within the exception for use in litigation in 18 U.S.C. § 2721(b)(4). Therefore, the parties are hereby authorized to obtain, use, and/or disclose accident reports and personal information taken from accident reports in the litigation of this action.

    **SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge

Signed: May 20, 2021

**WE CONSENT:**

| | |
|---|---|
| /s/ J. David Stradley | /s/ Patrick H. Flanagan |
| stradley@whiteandstradley.com | phf@cshlaw.com |
| White & Stradley, PLLC | swebster@cshlaw.com |
| 3105 Charles B. Root Wynd | Cranfill, Sumner & Hartzog, L.L.P. |
| Raleigh, North Carolina, 27612 | PO Box 30787 |
| (919) 844-0400 | Charlotte, NC  28230 |
| | Phone: (704)-940-3419 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |