UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-482-KDB-DSC

| | |
|---|---|
| JOHNATHAN S. HENSLEY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, a North Carolina municipal corporation,<br><br>Defendant. | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Fed. R. Civ. Pro. 12(b)(1) and 12(c)** |

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and Local Civil Rule 7.1, Defendant City of Charlotte by and through counsel, hereby respectfully moves the Court for an Order dismissing, with prejudice, all claims asserted against Defendant in the Plaintiff's Complaint (Doc. 1) in this matter. Alternatively, Defendant respectfully moves, pursuant to Federal Rule of Civil Procedure 12(c), for Judgment on the Pleadings in favor of Defendant.

Dismissal is appropriate pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because Plaintiff lacks standing and, as a result, the Court lacks subject matter jurisdiction over Plaintiff's claims. Alternatively, judgment in Defendant's favor is appropriate pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for the reasons set forth in Defendant's Memorandum of Law.

In support of this Motion, Defendant relies upon the pleadings of record in this action and the Memorandum of Law in Support of Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings submitted contemporaneously herewith.

**WHEREFORE**, Defendant hereby requests that the Court issue an Order dismissing the Plaintiff's Complaint in its entirety and with prejudice.

RESPECTFULLY SUBMITTED, this the 11th day of June 2021.

**CRANFILL SUMNER LLP**

BY: /s/Stephanie H. Webster
Stephanie H. Webster, NC Bar #12164
Patrick H. Flanagan, NC Bar #17407
*Attorneys for Defendant*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com
swebster@cshlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021 I electronically filed the foregoing **Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| J. David Stradley<br>Robert P. Holmes, IV<br>**White & Stradley, PLLC**<br>3105 Charles B. Root Wynd<br>Raleigh, NC 27612<br>919-844-0400<br>stradley@whiteandstradley.com<br>rob@whiteandstradley.com | John F. Bloss<br>Frederick L. Berry<br>**Higgins Benjamin, PLLC**<br>301 North Elm Street, Suite 800<br>Greensboro, NC 27401<br>366-273-1600<br>jbloss@greensborolaw.com<br>fberry@greensborolaw.com |
| Andrew H. Brown<br>James R. Faucher<br>**Brown, Faucher, Peraldo & Benson, PLLC**<br>822 North Elm Street, Suite 200<br>Greensboro, NC 27401<br>336-478-6000<br>drew@greensborolawcenter.com<br>james@greensborolawcenter.com | |

**CRANFILL SUMNER LLP**

BY: /s/Stephanie H. Webster
Stephanie H. Webster, NC Bar #12164
*Attorneys for Defendant*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
swebster@cshlaw.com

3

Case 3:20-cv-00482-KDB-DSC   Document 32   Filed 06/11/21   Page 3 of 3
4814-0061-6686, v. 1